IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMINSKY DENTAL ASSOCIATES, PC | : | CIVIL ACTION |
| v. | : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC. | : | NO.:  20-cv-02494 |

## O R D E R

**AND NOW**, this **29ᵀᴴ** day of **MAY 2020**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Timothy J. Savage, to the calendar of the Honorable C. Darnell Jones II.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*

**KATE BARKMAN**
Clerk of Court